John C. Hendricks (#19493)
Kathleen L. Beiermeister (#020989)
MEAGHER & GEER, P.L.L.P.
8800 N. Gainey Center Drive, Suite 261
Scottsdale, AZ  85258
(480) 607-9719
jhendricks@meagher.com
kbeiermeister@meagher.com
*Attorneys for Defendant, Star Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chlorine Life LLC; an Arizona limited liability company dba AZ Elite Sports And Gym,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Star Insurance Company, as subsidiary of Meadowbrook Insurance Group; Michigan corporations,<br><br>                    Defendant. | Case No:<br><br>**NOTICE OF REMOVAL**<br><br><br><br>**(Maricopa County Case No.CV2018-052751)** |

In accordance with 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Star Insurance Company ("Star") respectfully gives notice that it is removing this lawsuit from the Arizona Superior Court for Maricopa County to the United States District Court for the District of Arizona based on this Court's diversity jurisdiction.

The following reasons justify Star's removal of this matter from state court to this federal court:

## I.      Overview

This case involves a dispute over insurance coverage for water damage at a health club facility in Phoenix, Arizona. Although Star has made property damage payments to its insured, Chlorine Life LLC ("Chlorine Life"), in the amount of $77,089.81, an amount that includes $25,910 for a business interruption loss, Chlorine Life has demanded payment of about $128,090 for the business interruption loss (*i.e.*, a business interruption loss payment totaling $154,000, rather than the $25,910 Star has already paid).

In order to resolve that dispute, Star exercised its right under the terms of Chlorine Life's insurance policy to obtain an appraisal of the business interruption loss. Before the appraisal process could be completed, though, Chlorine Life filed this lawsuit against Star in Maricopa County, Arizona, Superior Court seeking compensatory and punitive damages for an alleged breach of contract and bad faith.

## II.     The Court has diversity jurisdiction under 28 U.S.C. § 1332.

There is complete diversity of citizenship between the parties to this lawsuit. Star is a Michigan corporation with its principal place of business in Michigan. Chlorine Life is an Arizona LLC, and Mr. Andre K. Guice, an Arizona citizen, is Chlorine Life's only member. Additionally the amount in controversy is in excess of the $75,000 requirement for federal diversity jurisdiction.

## III.    Star has met all procedural requirements to remove the action.

Star will give Plaintiff written notice of filing this Notice of Removal promptly after filing it. Star has attached as Exhibit A all documents that have been filed in the State Court action.  As required by 28 U.S.C. § 1446(d) and Rule 3.7 of the Rules of Practice of the United States District Court for the District of Arizona, Star is also filing a copy of this Notice of Removal with the Clerk of the Maricopa County Superior Court.

THEREFORE, having satisfied all the requirements for removal set forth in 28 U.S.C. §§ 1332, 1441, and 1446, and in Local Rule 3.7, Star respectfully gives notice that it has

1 | removed this case to the United States District Court for the District of Arizona.

2 |     DATED this 29th day of August 2018.

3 |               MEAGHER & GEER, P.L.L.P

4

5 |            By: _/s/ Kathleen Beiermeister_____

6 |                John C. Hendricks
               Kathleen L. Beiermeister

7 |                8800 N. Gainey Center Dr., Suite 261
               Scottsdale, AZ 85258

8 |                *Attorneys for Defendant Star Insurance Company*

3

1

CERTIFICATE OF SERVICE

2

3

    I hereby certify that on this 29th day of August 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of electronic filing to the following CM/ECF registrants:

4

5

Clerk of the Court

United States District Court

6

Sandra Day O'Connor U.S. Courthouse

401 W. Jefferson

7

Phoenix, AZ  85003

8

9

    I hereby certify that on this 29th day of August 2018, I served the attached document by mail delivery on the following:

10

11

Sam Alagha

Herman Goldstein

12

1850 E. Thunderbird Road

Phoenix, AZ 85022

13

salagha@hgfirm.com

*Attorney for Plaintiff Chlorine Life, LLC*

14

15

16

By: */s/Andrea Booge*

12359538.1

17

18

19

20

21

22

23

24

25

26