John C. Hendricks (#19493)
Kathleen L. Beiermeister (#020989)
MEAGHER & GEER, P.L.L.P.
8800 N. Gainey Center Drive, Suite 261
Scottsdale, AZ  85258
(480) 607-9719
jhendricks@meagher.com
kbeiermeister@meagher.com
*Attorneys for Defendant, Star Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chlorine Life LLC; an Arizona limited liability company dba AZ Elite Sports And Gym, <br><br> Plaintiff, <br> vs. <br><br> Star Insurance Company, as subsidiary of Meadowbrook Insurance Group; Michigan corporations, <br><br> Defendant. | Case No: CV2018-2736-PHX-SPL <br><br> **STIPULATION TO REMAND CASE TO STATE COURT** <br><br> Honorable Steven P. Logan |

The parties respectfully stipulate that this case should be remanded to state court because the parties agree that:

1.  The value of Plaintiff's Business Income loss within the meaning of Plaintiff's Star Insurance Company ("Star Insurance") Policy No. CP0862239 (the "Policy") will be determined by the insurance appraisal process that is currently underway, and there shall not be a separate determination of the Business Income loss by any court. However, by entering into this Stipulation, Star Insurance does not waive its right, if any, to object to the appraisal award to the extent it involves amounts, if any, that do not constitute a Business Income loss

within the meaning of the Policy.

2. By entering into to this Stipulation, Star Insurance is not waiving its right to seek removal at a later time, if proper, in accordance with the requirements of 28 U.S.C. Sections 1332 and 1446 (and/or other relevant statutes).

3. Plaintiff waives its right to request this Court for an award of attorney fees by virtue of 28 U.S.C. Section 1447(c) (or other applicable law) for attorneys' fees and expenses resulting from Star Insurance's removal of this case to federal court, but Plaintiff reserves its right, if any, to seek attorneys' fees at a later time in accordance A.R.S § 12-341.01, if applicable.

DATED this 24th day of September 2018.

MEAGHER & GEER, P.L.L.P

By: /s/John C. Hendricks
John C. Hendricks
Kathleen L. Beiermeister
8800 N. Gainey Center Dr., Suite 261
Scottsdale, AZ 85258
*Attorneys for Defendant Star Insurance Company*

HERMAN GOLDSTEIN & WOODS

By: /s/Hesam Alagha w/permission
Evan S. Goldstein
Hesam Alagha
1850 E. Thunderbird Rd.
Phoenix, AZ 85022
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of electronic filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Jefferson
Phoenix, AZ 85003

I hereby certify that on the 24th day of September 2018, I served the attached document by mail delivery on the following:

Evan S. Goldstein
Hesam Alagha
Herman Goldstein & Woods
1850 E. Thunderbird Road
Phoenix, AZ 85022
halagha@hgfirm.com
*Attorneys for Plaintiff Chlorine Life, LLC*

By: /s/Judy Mannino

12360745.1